UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ALVERNO COLLEGE,

    Plaintiff,

v.                                                            Case No. _____

JOHN R. MORRISON and SUSAN SCHMID
MORRISON,

    Defendants.

_____/

## **COMPLAINT**

Plaintiff Alverno College, by and through its undersigned counsel, sues Defendants John R. Morrison and Susan Schmid Morrison, and alleges as follows:

## **Parties**

1.    This is an action to enforce a charitable pledge agreement between Defendants and Alverno College ("**Alverno**").

2.    Plaintiff Alverno is a Wisconsin not-for-profit corporation, incorporated in Wisconsin with a principal place of business in Milwaukee, Wisconsin.

3.    Defendants John R. Morrison and Susan Schmid Morrison (the "**Morrisons**") are individuals residing in Collier County, Florida.

1

**Jurisdiction and Venue**

4.      This is an action for damages of at least $400,000, exclusive of interests and costs.

5.      This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332, because the parties are citizen of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.      Venue is proper in this Court because the Defendants reside in Collier County, Florida, and Defendants' improper actions occurred in Collier County, Florida.

**Background**

7.      On June 1, 2021, the Morrisons entered into a charitable pledge agreement with Alverno in which the Morrisons pledged to donate a total of $1,000,000 to Alverno (the "**Pledge Agreement**").  A true and correct copy of the Pledge Agreement is attached as **Exhibit A**.

8.      The Pledge Agreement provided that the $1,000,000 that the Morrisons were obligated to pay would be paid to Alverno College in five equal payments of $200,000 between June 1, 2021, and December 31, 2024, payable as follows: (a) $200,000 on or before June 30, 2021; (b) $200,000 on or before June 30, 2022; (c) $200,000 on or before June 30, 2023; (d) $200,000 on or before June 30, 2024; and (e) $200,000 on or before December 31, 2024.

9.      Pursuant to the Pledge Agreement, the Morrisons' gift would "provide critical support for the seed funds necessary to build out a state of the art skills and simulation lab, hire faculty, secure clinical sites and support other necessary start-up costs." *See* Ex. A, Pledge Agreement, p. 1.

10.     The Pledge Agreement gave the Morrisons the right to name Alverno College's new Arizona skills and simulation center for either the Morrison family or Susan Schmid Morrison, at the Morrisons' designation.

11.     Alverno made documented purchases to furnish and equip the facility in reliance on the Pledge Agreement.

12.     On July 11, 2021, the Morrisons made their first—and only—payment in the amount of $200,000.  A true and correct copy of the letter transmitting that payment is attached as **Exhibit B**.

13.     On July 22, 2021, Alverno sent the Morrisons a letter acknowledging receipt of the Morrisons' first $200,000 payment.  A true and correct copy of that letter is attached as **Exhibit C**.

14.     On June 23, 2022, Alverno sent a letter to the Morrisons reminding them of their $200,000 payment obligation, which was due by June 30, 2022.  A true and correct copy of the letter is attached as **Exhibit D**.

15.     After the Morrisons failed to timely pay the $200,000 payment obligation due by June 30, 2022, Alverno sent additional letters to the Morrisons on

August 29, 2022, and January 30, 2023, reminding the Morrisons of their delinquent 2022 payment.  True and correct copies of the letters are attached as **Exhibit E** and **Exhibit F**, respectively.

16.     In March of 2023, Meghan Walsh, the Dean of School of Adult Learning & New Initiatives at Alverno, also mailed to the Morrisons a detailed report with highlights from the past year, updates, and plans for the next year regarding the Arizona center project.  A true and correct copy of that report is attached as **Exhibit G**.

17.     On May 12, 2023, Alverno sent another letter reminding the Morrisons of their delinquent $200,000 payment obligation for 2022, and their upcoming 2023 payment obligation due by June 30, 2023, totaling $400,000.  A true and correct copy of the letter is attached as **Exhibit H**.

18.     On June 14, 2023, Tony Rivera, a representative who handles the Morrisons' affairs, sent a letter to Alverno contending for the first time that the Morrisons' intention to donate to Alverno was predicated upon Sister Andrea Lee ("**Sister Andrea**") continuing to be the President of Alverno.  Mr. Rivera informed Alverno that because Sister Andrea was no longer serving as the President of Alverno, the Morrisons would not be providing any of the additional payments required by the Pledge Agreement.  A true and correct copy of the letter is attached as **Exhibit I**.

4

19.     The Pledge Agreement is not contingent on Sister Andrea serving as President of Alverno.  Ex. A, Pledge Agreement.

20.     On June 22, 2023, Alverno sent Mr. Rivera, the Morrisons' representative, a letter reminding Mr. Rivera of the Morrisons' obligations under the Pledge Agreement.   In that letter, Alverno emphasized to Mr. Rivera that the Morrison's Pledge Agreement was specifically considered by the representative from the Higher Learning Commission during a final accreditation visit as evidence that Alverno had effectively planned for growth.  The representative from the Higher Learning Commission also noted that the first $200,000 payment under the Pledge Agreement had been primarily used to support the purchasing of supplies, equipment, and furnishing of the space.  A true and correct copy of the letter is attached as **Exhibit J**.

21.     On August 22, 2023, Alverno's counsel sent the Morrisons a letter requesting that the Morrisons promptly pay their delinquent payments due under the Pledge Agreement by September 4, 2023.  A true and correct copy of the letter is attached as **Exhibit K**.

22.     However, the Morrisons have failed and refused to pay the outstanding amounts owed under the Pledge Agreement.

23.     All conditions precedent to this action have been performed, have occurred, or have been waived.

5

## <u>COUNT I – BREACH OF PLEDGE AGREEMENT</u>

24.     Alverno realleges the allegations set forth in Paragraphs 1 through 23 above as though fully set forth herein.

25.     The Morrisons agreed to and signed the Pledge Agreement, which is an enforceable contract, and thus owe duties to Alverno pursuant to the Pledge Agreement.

26.     The Morrisons breached the Pledge Agreement by failing to complete the $200,000 payments for each of the 2022 and 2023 fiscal years—amounting to a current total amount due of $400,000.

27.     Alverno made purchases and decisions based on its reliance on the Pledge Agreement, and Alverno has incurred damages as a result of the Morrisons' breaches of the Pledge Agreement.

WHEREFORE, Alverno respectfully requests that the Court enter judgment in favor of Alverno and against the Morrisons, award Alverno the damages it has incurred as a result of the Morrisons' breaches of the Pledge Agreement, including any and all payments due under the Pledge Agreement, award Alverno prejudgment interest, post judgment interest, and costs, and award any further relief that the Court determines is just and proper.

Dated: December 27, 2023                    Respectfully submitted,


                                            *s/ Kelli A. Edson*
                                            Kelli A. Edson
                                            Florida Bar No. 179078
                                            QUARLES & BRADY LLP
                                            101 East Kennedy Boulevard
                                            Suite 3400
                                            Tampa, FL 33602-5195
                                            Telephone: (813) 387-0300
                                            Fax: (813) 387-1800
                                            kelli.edson@quarles.com
                                            Secondary e-mails:
                                            lauren.gibson@quarles.com
                                            rebecca.wilt@quarles.com
                                            DocketFL@quarles.com
                                            *Counsel for Plaintiff Alverno College*

QB\85163212.3