# Exhibit A



# ALVERNO COLLEGE
ESTABLISHED 1887

OFFICE OF THE PRESIDENT
ANDREA LEE, IHM

April 30, 2021

Susan and John Morrison
3093 Fort Charles Drive
Naples, FL 34102

Dear Susan and John;

The trustees, faculty, staff and students of Alverno College, and of course, I personally, acknowledge with gratitude and respect your generous pledge of $1,000,000 to support the Alverno Strong Campaign.

### Ethical and Business Standards Governing Receipt and Use of This Gift
In addition to our gratitude, Alverno College will steward your gift wisely and in a manner meeting the highest business and ethical standards, according to policies and guidelines governing acceptance and use of donor gifts to the College.

### What Your Gift Will Make Possible
Specifically, your leadership gift will enable crucial start-up investments necessary to advance our strategic priority concerning healthcare education in Arizona. This gift will provide critical support for the seed funds necessary to build out a state of the art skills and simulation lab, hire faculty, secure clinical sites and support other necessary start-up costs. Thank you can never adequately demonstrate our gratitude to you.

First, your gift will support Alverno College, a Wisconsin not-for-profit corporation eligible to receive charitable gifts. Your gift will be used solely to support expenditures detailed in the materials provided to you (Arizona Initiative Proforma), unless altered or adapted by mutual agreement between you and Alverno College.

### Annual Report
Use of funds and impact on project goals will be documented in a written report prepared by Alverno College and signed by its president, by December 31 of each year pledged funds are received, beginning in 2021.

### Anticipated Payment Dates
The Susan and John Morrison pledge of $1,000,000 will be received in five equal segments between the date of signing of this agreement and December 31, 2025 in approximately the following manner:

| FY | Amount | Date |
| --- | --- | --- |
| FY 21 | $200,000 | on or before June 30, 2021 |
| FY 22 | $200,000 | on or before June 30, 2022 |
| FY 23 | $200,000 | on or before June 30, 2023 |
| FY 24 | $200,000 | on or before June 30, 2024 |
| FY 25 | $200,000 | on or before December 31, 2024 |

SPONSORED BY THE SCHOOL SISTERS OF ST. FRANCIS

3400 SOUTH 43RD STREET     P.O. BOX 343922     MILWAUKEE, WI 53234-3922     P 414-382-6064     F 414-382-6066

### Naming Rights

In recognition of your generous gift, at your request, Alverno College will name the new Arizona skills and simulation center for either for the Morrison Family, Susan Schmid Morrison, or at your designation.

### Project Oversight

Meghan Walsh, MBA, Dean of the School of Adult Learning and New Initiatives, will oversee planning and execution of the Arizona Healthcare Initiative, in collaboration with senior academic administrators and the faculty of the JoAnn McGrath School of Nursing and Health Professions. Because of the unique nature of this gift and the professional and personal relationships that made it possible, the President of Alverno College will remain actively engaged in this project, and review and sign the annual reports, as well as remain available to the donors. Senior staff from the Alverno College Advancement Office may be in contact with the donor(s) regarding details and timing of transactions during the pledge period.

### Public Announcement of Gift

The manner and timing of public announcements about this gift are reviewed and approved by the donors and the president. Although the College is hopeful that donor willingness to allow a public announcement will strongly encourage others to make philanthropic investments in Alverno College, the final decision about whether and how to make public announcements, including revealing the names of the donors, remains with the donors. Should the donors choose to remain anonymous, the College will request approval to make the gift public as an anonymous Leadership Gift to the *Alverno Strong Campaign*.

### Pledge Signatures

When signed by all parties, the signatures of the donors, the president of Alverno College, and the Vice President for Advancement will make formal and activate the pledge. The pledge will be considered binding unless any terms of this agreement are violated or if Alverno College ceases to exist or be eligible to receive charitable donation or the project itself is discontinued. In the rare event that the project would cease, at their discretion, the donors may consider another purpose for the funds.

_Morrison Family Foundation_
_[signature]_
John R. Morrison
Donor

Date: June 1, 2021

_[signature]_
Andrea J. Lee, IHM
President, Alverno College

Date: 6·7·2021

_Morrison Family Foundation_
_[signature]_
Susan Schmid Morrison
Donor

Date: June 1, 2021

_[signature]_
Jill Desmond
Vice President for Advancement (interim)

Date: 5/20/20