# Exhibit B



Central Financial Services, Inc.

July 11, 2021

Andrea J. Lee, IHM
Attn: Anna Arens
Alverno College
3400 South 43rd Street
P O Box 343922
Milwaukee, WI 53234-3922

Re: John & Susan Morrison Contribution

Dear Anna:

Enclosed is the personal contribution from John & Sue Morrison in the amount of $200,000 to support the Alverno Strong Campaign.

Please have your development office forward an acknowledgment letter to John & Sue for their personal contribution.

If you have any questions, please do not hesitate to reach out to me directly.

Sincerely

Janice Graser
Enc.

945 Winnetka Ave. N, Suite 145
Golden Valley, MN 55427
Tel: (763) 542-3001
Fax: (763) 542-8617

3093 Ft. Charles Drive
Naples, FL 34102
Tel: (239) 434-2886
Fax: (239) 434-0593