# Exhibit C



# ALVERNO COLLEGE
ESTABLISHED 1887

### OFFICE OF ADVANCEMENT

July 22, 2021

Mr. and Mrs. John Morrison
3093 Fort Charles Dr.
Naples, FL 34102

Dear Susan and John,

All of us at Alverno College truly appreciate your generous pledge of $1,000,000, payable over 5 years for *Alverno Strong: For Our College, Our Milwaukee, Our World*. As stated in our agreement dated June 1, 2021, your gift will be directed toward development of the Arizona Health Care Initiative. Thank you, too for your first pledge payment of $200,000 which we have received.

Alverno has reached a pivotal moment in its history — a moment with enormous potential. With your generous support, we are expanding our efforts to prepare students for successful careers, and meet the evolving workforce needs with the Phoenix, Arizona location. This new initiative will reach out to new students, and a new community while retaining the traditions that have made Alverno a college of excellence.

Your leadership gift will enable crucial start-up investments necessary to advance our strategic priority concerning healthcare education in Arizona. This gift will provide critical support for the seed funds necessary to build a state-of-the-art skills and simulation lab, hire faculty, secure clinical sites and support other necessary start-up costs.

Thank you can never adequately demonstrate our gratitude to you and your commitment to Alverno.

For Alverno,

*Kim Muench*

Kim Muench '89
Executive Director, Advancement

*Thank you for this amazing gift to alverno.*

SPONSORED BY THE SCHOOL SISTERS OF ST. FRANCIS

3400 SOUTH 43RD STREET   P.O. BOX 343922   MILWAUKEE, WI 53234-3922   414-382-6085   ALVERNO EDU