# Exhibit D

June 23, 2022

Mr. and Mrs. John Morrison
3093 Fort Charles Dr.
Naples, FL 34102

Dear John and Susan,

We thank you for your generous pledge of $1,000,000 to support *Alverno Strong: For Our College, Our Milwaukee, Our World.* To date, our records show a balance of $800,000. As a courtesy, we are submitting this update to keep you informed of the progress of your pledge, and remind you of your $200,000 payment.

Your leadership gift has enabled the many start-up investments necessary to open the new Alverno College Mesa location. Your generous support will advance the *Alverno Strong* strategic priority concerning healthcare education in Arizona. Thank you can never adequately demonstrate our gratitude to you.

Thank you again for investing in Alverno and making these advancements possible. The easiest way to make your pledge payment is through our secure website at www.alverno.edu/campaign-payment. Or, if you prefer, return your check along with the tear strip below in the envelope provided. Again, thank you for supporting this important campaign.

Sincerely,

Andrea Lee, IHM
President

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____ Check is enclosed                          ID # 467974 Susan and John Morrison

If you wish to use your credit card rather than a check or money order, please complete the information below and return this letter in the envelope provided.

Select one: MasterCard \_\_ Visa \_\_ Discover \_\_ American Express \_\_ Gift Amount: $_____

Card Number: _____ Exp. Date: _____ Security Code _____

Your signature: _____