# Exhibit E



# ALVERNO COLLEGE
ESTABLISHED 1887

OFFICE OF ADVANCEMENT

August 29, 2022

Mr. and Mrs. John Morrison
3093 Fort Charles Dr.
Naples, FL 34102

Dear Susan and John,

We thank you for your generous pledge of $1,000,000 to support *Alverno Strong: For Our College, Our Milwaukee, Our World.* To date, our records show a balance of $800,000. As a courtesy, we are submitting this update to keep you informed of the progress of your pledge, and remind you of your $200,000 payment.

Your leadership gift has enabled the many start-up investments necessary to open the new Alverno College Mesa location. Your generous support will advance the *Alverno Strong* strategic priority concerning healthcare education in Arizona. Thank you can never adequately demonstrate our gratitude to you.

Thank you again for investing in Alverno and making these advancements possible. The easiest way to make your pledge payment is through our secure website at www.alverno.edu/campaign-payment. Or, if you prefer, return your check along with the in the envelope provided. Again, thank you for supporting this important campaign.

Sincerely,

Joseph J. Foy, Ph.D.
Interim President and Vice President for Academic Affairs

SPONSORED BY THE SCHOOL SISTERS OF ST. FRANCIS

3400 SOUTH 43RD STREET     P.O. BOX 343922     MILWAUKEE, WI 53234-3922     414-382-6085     ALVERNO.EDU



09-01-2022

Dear Susan and John,

I wanted to personally thank you for your incredible gift, which has enabled us to bring our Direct Entry Masters of Science in Nursing program to Arizona. Your generosity is helping us to fulfill the calling of Alverno's first president, Mother Alexia Hoell, that "The needs of the times are the will of God for us." Certainly, we are in historic times. The need is tremendous, especially in health care. This photo is of the first cohort of students that began our Nursing program in Mesa on August 24, 2022. They will be the providers and leaders who answer history's call(ing), and their success is made possible because of you. It is without hyperbole that I can say your gift is transformative. It is life-changing and life-saving. Thank you!

Sr. Andrea always spoke so highly of you both. As interim president, I recognize the impact you are having and I am so very grateful. Our entire community — in Milwaukee and Arizona — is grateful. I look forward to sharing many more joyous milestones with you in the years ahead.

With deepest gratitude,

Joseph Foy