# Exhibit F



# ALVERNO COLLEGE
ESTABLISHED 1887

OFFICE OF ADVANCEMENT

January 30, 2023

Mr. and Mrs. John Morrison
3093 Fort Charles Dr.
Naples, FL 34102

Dear Susan and John,

We thank you for your generous pledge of $1,000,000 to support *Alverno Strong: For Our College, Our Milwaukee, Our World.* To date, our records show a balance of $800,000. As a courtesy, we are submitting this update to keep you informed of the progress of your pledge, and remind you of your $200,000 payment.

Your leadership gift has enabled the Alverno College Mesa location to begin meeting the critical need for nurses in Arizona. We welcomed the first cohort of students in the Direct Entry Master of Science in Nursing program last fall. Your generous support advances this *Alverno Strong* strategic priority.

Thank you again for investing in Alverno and making these advancements possible. The easiest way to make your pledge payment is through our secure website at www.alverno.edu/campaign-payment. Or, if you prefer, return your check along with the tear strip below in the envelope provided. Again, thank you for supporting this important campaign.

Sincerely,

Kim

Kim M. Muench '89
Interim Vice President for Advancement

*[Handwritten note:] Thank you for your support to help us launch the DEMSN program in Arizona. Sr. Andrea shared so many wonderful stories about your generous support, and our entire community is blessed by your gracious gift. Sincerely, Joseph ___ Interim President.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____ Check is enclosed                         ID # 467974 Susan and John Morrison

If you wish to use your credit card rather than a check or money order, please complete the information below and return this letter in the envelope provided.

Select one: MasterCard __ Visa __ Discover __ American Express __ Gift Amount: $_____

Card Number: _____ Exp. Date: _____ Security Code _____

Your signature: _____

SPONSORED BY THE SCHOOL SISTERS OF ST. FRANCIS

3400 SOUTH 43RD STREET     P.O. BOX 343922     MILWAUKEE, WI 53234-3922     414-382-6085     ALVERNO EDU