# Exhibit G



# Alverno College Mesa Location Update

Prepared for the Morrison Family





## Alverno College – Mesa Location Update
### March 2023

It has been one year since the Alverno College – Mesa Location hosted our Grand Opening! Thanks to your generous gift, we have much to celebrate. This document is an overview of all of we have achieved this past year thanks to your support.

**Space Highlights:**
Our 13,000 sq. ft. campus space has been fully renovated, furnished, and equipped with classroom technology and state-of-the-art nursing simulation equipment. The 5th floor of the Mesa Tower now functions as an Alverno College nursing campus featuring:
2 large classrooms
4 Simulation Rooms with control room featuring 4 high fidelity mannequins
1 large clinical skills lab with 6 beds, mannequins, and additional medical supplies
2 Simulation debrief rooms
2 student common areas including a lunch room and a space with lounge furniture
Faculty and staff offices, breakroom, and workroom
A welcoming reception area

The building also features a large sign with the Alverno College logo and name prominently displayed. This sign has garnered a lot of great attention! We've seen emails from alumnae in the Mesa area who had not heard about our new location excited to see the sign. We've also had inquiries to other programs, including our online programs, from students who first learned about Alverno because of the sign!

**Enrollment Highlights:**
When Alverno first applied to the Arizona Board of Nursing for approval to open our additional location, we anticipated 16 students would enroll in the first cohort. Thanks to high demand, our strategic enrollment partnership, and the dedication of our Mesa-based team we were able to increase our intake number and start two very strong cohorts. Our projected numbers remain strong. Our initial goal stated that we intended to serve 200 students at capacity. We are well on our way to meeting that goal within our first two years of enrolling new students.

Fall 2022: 30
Spring 2023: 48
Summer 2023 Projected: 27
Fall 2023 Projected: 48

Thanks to strong recruitment, we have been able to shift our focus to strong retention and student success. In summer of 2023, we are capping our enrollment at 27 to ensure we are right sizing all of our resources. Our rapid growth means we need to make adjustments to our plan. We want to deliver high quality education to our students, and this brief cap was instituted so the Mesa team could feel confident they are meeting their instructional goals.

**Faculty and Staff Highlights:**
Our Mesa-based team is exceptional! The Mesa team is led by Program and Site Director, Linda Shanta, PhD, RN, ANEF. Linda's visionary leadership and meticulous attention to detail have been key to our success in Mesa. We have been fortunate to hire a dedicated team of passionate nurse educators and support staff members. Our team has grown rapidly over the last year. They hold key credentials, are experienced educators, and share our vision for Alverno nursing in Mesa.

The Mesa-location team includes:
2 full-time faculty members
A simulation expert
A clinical placement specialist
An academic success coach
An administrative assistant
A number of didactic and clinical adjunct instructors

Last summer we were able to bring a number of new faculty members to the Milwaukee campus to meet our Milwaukee-based nursing team and experience our Summer Assessment Workshop. We hope to be able to do this again this summer. In addition, our Milwaukee-based team member, Lesa Krawczyk, MSN, RN, temporarily relocated to Mesa this winter to assist the team in learning to use the new simulation equipment, and to aid the Mesa faculty in implementing a strong simulation curriculum.

**Partnership Highlights:**
The Mesa-location has secured twenty-two signed affiliation agreements with Phoenix-area clinical placement sites including hospitals, community sites, long-term care facilities, and non-profit organizations. This high number of affiliation agreements demonstrates the need for nurses in the Mesa area, the reputation of Alverno's nursing programs, and the incredible dedication of our Mesa-based staff.

Our affiliation agreement with the Mayo Clinic in Phoenix is a highlight among our Arizona partnerships. We have preferred clinical placement with Mayo Clinic, and are planning for Inter-Professional Education (IPE) programs with them. We did a pilot IPE simulation this month and are planning to do it at least two times a year with Mayo medical students and other community healthcare professions students.

**Higher Learning Commission Approval:**
As of February 2023, Alverno had received approval of our additional location from the Higher Learning Commission. The peer reviewer assigned to our confirmation visit confirmed that the additional location conforms to the description provided by Alverno College and no further monitoring is required. This approval from Alverno's regional accrediting body was a critical step in our ability to continue to delivery our high quality nursing education program in Mesa.

**On the Horizon:**
In the next year, Alverno will welcome additional cohorts of students. We are on track to graduate our first cohort of students in May of 2024 and preparations for a Mesa commencement ceremony have already begun! After our first commencement we will be able to apply for our final approval from the Arizona Board of Nursing.

We continue to build connections between the Mesa and Milwaukee campuses that will ensure positive and holistic education experiences for all students. We also hope to continue to capitalize on the momentum in Mesa, using this additional location to increase awareness of all Alverno has to offer to potential students in the Southwestern United States.