# Exhibit H



# ALVERNO COLLEGE
ESTABLISHED 1887

May 12, 2023

OFFICE OF ADVANCEMENT

Mr. and Mrs. John Morrison
3093 Fort Charles Dr.
Naples, FL 34102

Dear John and Susan,

We thank you for your generous pledge of $1,000,000 to support *Alverno Strong: For Our College, Our Milwaukee, Our World.* To date, our records show a balance of $800,000. As a courtesy, we are submitting this update to keep you informed of the progress of your pledge.

| Purpose | Pledge Amount | Pledge Payment Scheduled Date | Payment |
|---|---|---|---|
| Alverno College Mesa Location | $1,000,000 | 6/30/22 | $200,000 |
| | | 6/30/23 | $200,000 |
| | | Total Due | $400,000 |

Your leadership gift has enabled the many start-up investments necessary to open the new Alverno College Mesa location. Your generous support will advance the *Alverno Strong* strategic priority concerning healthcare education in Arizona. Thank you can never adequately demonstrate our gratitude to you.

Thank you again for investing in Alverno and making these advancements possible. The easiest way to make your pledge payment is through our secure website at www.alverno.edu/campaign-payment. Or, if you prefer, return your check along with the tear strip below in the envelope provided. Again, thank you for supporting this important campaign.

Sincerely,

Joseph J. Foy. Ph.D.
Interim President and Vice President for Academic Affairs

********************************************************************************************

_____ Check is enclosed                ID # 467974 Susan and John Morrison

If you wish to use your credit card rather than a check or money order, please complete the information below and return this letter in the envelope provided.

Select one: MasterCard \_\_ Visa \_\_ Discover \_\_ American Express \_\_ Gift Amount: $_____

Card Number: _____  Exp. Date: _____  Security Code _____

Your signature: _____

SPONSORED BY THE SCHOOL SISTERS OF ST. FRANCIS

3400 SOUTH 43RD STREET    P.O. BOX 343922    MILWAUKEE, WI 53234-3922    414-382-6085    ALVERNO.EDU