# Exhibit I



Tony Rivera
Tony@accountingresourcegrp.com

June 14, 2023

Alverno College
3400 South 43rd Street
Milwaukee, WI 53234-3922
**Attn: Joseph J. Foy, Ph.D.**

      Re:    **John Morrison**
                   **3093 Fort Charles Dr.**
                   **Naples, FL 34102**

Dear Mr. Foy:

We are the family office that handles the Morrison Family financial affairs. We have been provided with your letter, dated May 12, 2023, to Mr. John Morrison.

Please be advised Mr. Morrison's intention to donate to Alverno College was predicated upon Sister Andrea Lee continuing to be the President of Alverno. As Sister Lee is or will be no longer serving as the President of Alverno, the Morrison Family will no longer be providing donations.

Thank you and feel free to contact me with any questions.

Sincerely,

Tony Rivera,
President

601 Carlson Parkway, Suite 1120 | Minnetonka, MN 55305
952-593-1356 | Fax: 952-593-5849
www.accountingresourcegrp.com