# Exhibit J



## ALVERNO COLLEGE
ESTABLISHED 1887

**OFFICE OF ADVANCEMENT**

June 22, 2023

Accounting Resource Group
Mr. Tony Rivera
601 Carlson Parkway Suite 1120
Minnetonka, MN 55305

Dear Mr. Rivera,

Alverno College received your letter dated June 14, 2023, regarding the Morrison Family pledge to donate to Alverno's strategic work concerning healthcare education in Arizona.

The signed pledged dated June 1, 2021, contained no language to make it a conditional donative promise contingent upon Sr. Andrea Lee serving as President of Alverno College.

Even if the intent was that the donations were predicated on Sr. Andrea being president, of which there is no direct or implied indication, the second payment of $200,000 that was scheduled to be remitted on or before June 30, 2022, while Sr. Andrea was still president was never received.

The signed pledge serves as a promissory agreement.  Alverno College made documented purchases to furnish and equip its Nursing facility in Mesa, Arizona as result of that signed, donative promise and with reliance on the established agreement.

Dean Meghan Walsh who, is overseeing the budget for the Arizona initiative, maintained a list of the startup expenses with the understanding that they would be covered by the gift. Alverno's controller has documented communications demonstrating a planned reliance on those funds by Alverno. We believe the principle of promissory estoppel applies.  Alverno College reasonably relied on the promised donation because of the signed pledge, and the initial payment. The lack of receipt of these funds would be to the detriment of Alverno College and the Arizona location.

Alverno College sent numerous pledge reminders without response.

- June 23, 2022, reminder mailed.
- August 30, 2022, reminder mailed.
- January 20, 2023, reminder mailed.
- April 4, 2023, year one update prepared by Dean Meghan Walsh mailed.
- May 17, 2023, reminder mailed.

When the Higher Learning Commission (HLC) visited the Arizona location for their final accreditation visit February 6, 2023, the reviewer noted the following when asked what evidence existed that Alverno had effectively planned for growth: "Alverno College has received the first installment of $200,000 of a pledged gift of 1M over 5 years to support the launch and sustainment of the DEMSN program at the additional location in Mesa, AZ. Funds from the initial distribution of the planned gift have been primarily used to support the purchasing of supplies, equipment, and furnishing of the space.

The release of these funds in FY23 will eliminate a projected operating loss bringing the program above breakeven for FY 23." This comment demonstrates Alverno's reliance on the pledged gift and its pertinence to the program's accreditation.

To respond more than two years after the original agreement was signed with a statement that the signed agreement will no longer be honored creates harm to our students.

For these reasons, we are seeking reconsideration and are asking that the remaining $800,000 of the outstanding pledge be paid in accordance with the schedule of payment detailed in the signed donative promise agreement.

*Kim M. Muench*

Kim M. Muench '89
Interim Vice President for Advancement