# Exhibit K

# Quarles

411 East Wisconsin Avenue
Suite 2400
Milwaukee, Wisconsin 53202-4428
414-277-5000
Fax 414-271-3552
www.quarles.com

Attorneys at Law in
Chicago
Denver
Indianapolis
Madison
Milwaukee
Minneapolis
Naples
Phoenix
San Diego
Tampa
Tucson
Washington, D.C.

Kristin A. Occhetti
Partner
Writer's Direct Dial: 414-277-3075
E-Mail: Kristin.Occhetti@quarles.com

August 22, 2023

Mr. and Mrs. John Morrison
3093 Fort Charles Drive
Naples, FL 34102

RE: **Charitable Pledge to Alverno College**

Dear Mr. and Mrs. Morrison:

    I hope this correspondence finds you both well. We represent Alverno College in Milwaukee, Wisconsin. As you are aware, you signed a charitable pledge agreement with Alverno College on June 1, 2021 (the "Pledge Agreement"), in which you agreed to pay Alverno College $200,000.00 each year for five (5) consecutive years starting on or before June 30, 2021 ("FY21") until on or before December 31, 2024 ("FY25"). Although Alverno College received your FY21 payment, it also recently received a letter from your family office dated June 14, 2023, which asserts that you are abandoning your obligations to make the remainder of the payments, specifically FY22 through FY25, as set forth in the Pledge Agreement.

    The purpose of this letter is to advise you that pursuant to applicable law, the Pledge Agreement is not simply a mere promise but an enforceable contract that Alverno has detrimentally relied and taken action on as summarized to you or your representatives in detail in prior correspondence. Rather than involving judicial remedies, which will be costly to all parties, I ask you to kindly reconsider your negation of the Pledge Agreement and promptly pay the delinquent FY22 and FY23 payments as well as respect and carry out the remaining terms of the Pledge Agreement.

    Kindly provide the delinquent FY22 and FY23 payments to me by September 4, 2023, along with your written intent to fulfill your remaining obligations under the

QB\84264325.1

August 22, 2023
Page 2

Pledge Agreement. If I do not hear from you by September 4, 2023, then we will have no choice but to seek judicial intervention to enforce the terms of the Pledge Agreement.

Thank you for your consideration.

Very truly yours,

QUARLES & BRADY LLP

Kristin A. Occhetti

cc: Tony Rivera, ARG Family Office (via email: Tony@accountingresourcegrp.com)