```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

ALVERNO COLLEGE,

    Plaintiff,

v.                           Case No:  2:23-cv-1221-JES-KCD

SUSAN SCHMID MORRISON and
JOHN M. MORRISON,

    Defendants.

---

## ORDER

This matter came before the Court on review of the Court's subject matter jurisdiction. Finding deficiencies, the Court dismissed the Complaint (Doc. #1) with leave to amend the pleading to correct the subject matter jurisdiction allegations. (Doc. #5.) Having reviewed the Amended Complaint (Doc. #7), the Court is satisfied as to its subject-matter jurisdiction.

**DONE and ORDERED** at Fort Myers, Florida, this __8th__ day of January 2024.

                                                  _/s/ John E. Steele_
                                                JOHN E. STEELE
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record